UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO: 2:16-cv-850-FtM-99CM

VANESSA PRADA, KRISTY LOCKWOOD,
DEMETRIC GREEN, and JIMMY WALKER,

    Plaintiffs,

v.

DCS ENTERPRISES, INC., a foreign for-profit
corporation d/b/a CHARLEY'S STEAKERY, and
DAVID STEWART, individually, and SUE
STEWART, individually,

    Defendants.

_____/

### UNOPPOSED MOTION FOR PARTIES' COUNSEL TO MEET WITH DEFENSE COUNSEL *TELEPHONICALLY*, TO DISCUSS SETTLEMENT AND OTHER PENDING ISSUES

The Plaintiffs, by and through undersigned counsel, file this Unopposed Motion for Parties' Counsel to Meet Telephonically to Discuss Settlement and Other Pending Issues, and state as follows.

On November 28, 2016, the four (4) Plaintiffs filed a Complaint (DE 1) against the Defendants, alleging Defendants failed to pay them overtime wages in violation of the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*.   With respect to Plaintiff, Jimmy Walker, only, he asserted Defendants' failure to pay proper minimum wages under the FLSA and the Florida Minimum Wage Amendment, Article X, Section 24 Fla. Const.  On January 23, 2017, the Defendants filed their Answer & Affirmative Defenses (DE 13).   The Court entered an FLSA Scheduling Order (DE 14) on January 25, 2017, and the Plaintiffs complied by their filing

Answers to Court Interrogatories (DE #'s 17 and 19). The Parties have also exchanged documents as referenced in Paragraph 1 of the FLSA Scheduling Order (DE 14).

The Court's FLSA Scheduling Order (DE 14) states that by **April 4**, **2017**, "counsel for Plaintiff and Defendant shall meet and confer <u>in person</u> in a good faith effort to settle all pending issues, including attorneys' fees and costs." <u>See</u> <u>Order</u> at 2 (emphasis added). Herein, the Plaintiffs request, and the Defendants do not oppose, the Parties' counsel participating in this meeting *telephonically*, instead of in person.

The reason for this request is to avoid increasing attorneys' fees in light of the distance between defense counsel's office in Fort Myers, and Plaintiffs' counsel's office in Hollywood, Florida (138 mile distance; 2 hour and 9 minute drive). Most importantly, however, is the fact that meeting *in person* will not likely affect the outcome of any issue, including settlement. That is specifically because counsel for the Plaintiffs and counsel for the Defendants are in *very* frequent telephone and email communication about settlement of the case. Indeed, the parties have been actively discussing settlement for many weeks, and offers have been traded back-and-forth. The parties have not simply traded settlement amounts in an unthinking manner, but have substantively discussed the strengths and weaknesses of the case, the time and pay records, the allegations in the Complaint and the Defendants' affirmative defenses. This has happened numerous times on numerous phone calls/emails, and the discussions have been frank.

While the Plaintiffs want to continue trying to resolve the case and any outstanding issues, they request that Plaintiffs' counsel be permitted to comply with the aforementioned April 4 deadline, through a *telephonic* meeting. The Plaintiffs can assure the Court that a renewed, good faith effort to resolve the case will be made, and the attempt will not be merely perfunctory.

WHEREFORE, the Plaintiffs request the Court grant this Unopposed Motion for Parties'

Counsel to Meet Telephonically to Discuss Settlement and Other Pending Issue, permit the parties to comply with the April 4, 2017 deadline *telephonically*, and and grant all other relief deemed appropriate.

          Respectfully submitted,

          s./ Peter J. Bober
          PETER J. BOBER
          Fla. Bar. No. 0122955
          Peter@boberlaw.com
          BOBER & BOBER, P.A.
          1930 Tyler Street
          Hollywood, FL 33020
          Tel:  (954) 922-2298
          Fax: (954) 922-5455
          Counsel for Plaintiff

## CERTIFICATE OF GOOD FAITH

The undersigned counsel certifies that counsel for the parties conferred and the Defendants do not oppose counsel for the Parties meeting *telephonically* by April 4, 2017, to discuss settlement and all other pending issues.

          s./ Peter J. Bober

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          By:    s/ Peter Bober

## SERVICE LIST

Geralyn M. Farrell Noonan, Esquire
Law Office of Geralyn Farrell Noonan, PA
justice@noonanlaw.com
8250 College Parkway
Suite 202-B
Fort Myers, Florida 33919
Telephone: 239.694.7070
Facsimile: 239.481.0993
Counsel for Defendants
Method of Service: *CM/ECF*