UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VANESSA PRADA, KRISTY
LOCKWOOD, DEMETRIC GREEN
and JIMMY WALKER,

    Plaintiffs,

v.  Case No: 2:16-cv-850-FtM-99CM

DCS ENTERPRISES, INC., DAVID
STEWART and SUE STEWART,

    Defendants.

## ORDER

This matter comes before the Court upon review of Plaintiffs Kristy Lockwood and Demetric Green's Renewed Motion to Strike Portions of Defendants' Answer & Affirmative Defenses, Memorandum of Law in Support and Certificate of Good Faith (Doc. 24) filed on April 6, 2017. Plaintiffs Kristy Lockwood and Demetric Green (collectively "Plaintiffs") move to strike certain portions of Defendants' Answer & Affirmative Defenses that Defendants filed on March 23, 2017. Docs. 24 at 2; 13. The Court notes that subsequent to Plaintiffs' filing of the instant motion, Defendants filed an Amended Answer and Affirmative Defenses.[1] Doc. 25. Plaintiffs' instant motion, therefore, is due to be denied as moot.

---

[1] It appears Plaintiffs consented to Defendants amending their Answer and Affirmative Defenses. Doc. 24 at 1 n.1. The Court, therefore, assumes the Defendants' Amended Answer and Affirmative Defenses properly was filed pursuant to Fed. R. Civ. P. 15(a)(2).

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiffs Kristy Lockwood and Demetric Green's Renewed Motion to Strike Portions of Defendants' Answer & Affirmative Defenses, Memorandum of Law in Support and Certificate of Good Faith (Doc. 24) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 16th day of May, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record