UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VANESSA PRADA, KRISTY
LOCKWOOD, DEMETRIC GREEN and
JIMMY WALKER,

       Plaintiffs,

v.                                           Case No: 2:16-cv-850-FtM-38CM

DCS ENTERPRISES, INC., DAVID
STEWART and SUE STEWART,

       Defendants.
                                       /

## OPINION AND ORDER[1]

      This matter comes before the Court on United States Magistrate Judge Carol Mirando's Report and Recommendation. (Doc. 51). Judge Mirando recommends granting the Joint Motion for Approval of Settlements and Dismissal with Prejudice (Doc. 50) filed by Plaintiffs Kristy Lockwood and Demetric Green and Defendants DCS Enterprises, Inc., David Stewart, and Sue Stewart.[2] The recommendation also includes approving the Settlement Agreements (Doc. 50-1; Doc. 50-2) as a fair and reasonable

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

[2] Plaintiffs Jimmy Walker and Vanessa Prada are proceeding *pro se* and did not join in this motion. (Doc. 50 at 1 n.1).

resolution of a bona fide dispute under the Fair Labor Standards Act. Because the parties do not object to the Report and Recommendation (Doc. 53), this matter is ripe for review.

A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* And "[t]he judge may also receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

After examining the file carefully and independently, and upon considering Judge Mirando's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

(1) The Report and Recommendation (Doc. 51) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

(2) The Joint Motion for Approval of Settlements and Dismissal with Prejudice (Doc. 50) is **GRANTED** and the Settlement Agreements (Doc. 50-1; Doc. 50-2) are **APPROVED** as a fair and reasonable resolution of the bona fide FLSA dispute.

(3) The Court **DISMISSES with prejudice** all claims asserted by Plaintiffs Kristy Lockwood and Demetric Green.

(4) The Clerk of Court is **DIRECTED** to enter judgment accordingly and terminate Plaintiffs Kristy Lockwood and Demetric Green from the case file.

**DONE** and **ORDERED** in Fort Myers, Florida this 1st day of September 2017.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record